# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO DIAZ-BARBA AND MARTHA MARGARITA BARBA DE LA TORRE,<br><br>Appellants,<br>vs.<br>KISMET ACQUISITION, LLC.,<br><br>Appellees. | CASE NO. 08CV1446 BTM (BLM)<br><br>ORDER GRANTING TEMPORARY STAY |

For the reasons set forth on the record, the Court grants a temporary stay of execution of the Bankruptcy Court's Amended Consolidated Judgment pending the Court's ruling on Appellant's motion for stay of judgment pending appeal. Appellants shall file an amended motion for stay before this Court on or before August 15, 2008. Appellees shall file an opposition to the motion for stay on or before August 22, 2008. The Court shall hold a hearing on this matter on August 28, 2008 at 4:00 p.m.

IT IS SO ORDERED.

DATED: August 8, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28