Ali M.M. Mojdehi, State Bar No. 123846
Janet D. Gertz, State Bar No. 231172
**BAKER & McKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
Telephone: +1 858-523-6200

Attorneys for Plaintiff/Appellee
KISMET ACQUISITION, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JERRY LEE ICENHOWER dba Seaview Properties, and DONNA LEE ICENHOWER,<br><br>Debtors. | Case No.: 3:08-CV-01446-BTM-BLM<br><br>Bankruptcy Case No. 03-11155-LA-7<br><br>Chapter Number 7<br><br>Adv. Proc. No: 04-90392<br>Adv. Proc. No: 06-90369 |
| ALEJANDRO DIAZ-BARBA AND MARTHA MARGARITA BARBA DE LA TORRE,<br><br>Defendants/Appellants,<br><br>v.<br><br>KISMET ACQUISITION, LLC,<br><br>Plaintiff/Appellee. | **CERTIFICATE OF SERVICE**<br><br>DATE: August 28, 2008<br>TIME: 4:00 p.m.<br>DEPT: 15<br>JUDGE: Hon. Barry Ted Moskowitz |

I, Terri L. Mayo, hereby declare as follows:

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12544 High Bluff Drive, Third Floor, San Diego, CA 92130.

On August 25, 2008, via CM/ECF NOTICE OF ELECTRONIC FILING or on August 25th via U.S. Mail, as indicated on the attached Service List, the following was served:

/ / /

/ / /

Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/692960.1

1

CASE NO. 3:08-CV-01446-BTM-BLM;. ADV. NOS. 04-90392; 06-90369
CERTIFICATE OF SERVICE

1. ***SUPPLEMENTAL* REQUEST FOR JUDICIAL NOTICE BY PLAINTIFF, KISMET ACQUISITION, LLC, IN SUPPORT OF ITS OPPOSITION TO DIAZ DEFENDANTS' MOTION FOR STAY PENDING APPEAL**

on the parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FEDERAL EXPRESS) I placed each such sealed envelope, to be collected at Baker & McKenzie, San Diego, California, following ordinary business practices. I am familiar with the practice of Baker & McKenzie for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

☐ (BY FACSIMILE) Pursuant to agreement of counsel and California Rules of Court, Rule 2006, I transmitted the above documents by facsimile to the referenced facsimile number(s). The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ [BY ELECTRONIC MAIL ("E-MAIL") VIA PDF/ADOBE] I caused such documents to be sent via e-mail to the below-listed names (as noted) and e-mail addresses and received confirmation electronic receipts indicating that this document was successfully transmitted to the parties named on the service list. *As indicated on service list with an e-mail address.*

☒ [BY CM/ECF NOTICE OF ELECTRONIC FILING] I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Courts transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☐ (BY PERSONAL SERVICE) I caused such documents to be delivered by hand to the addressee as indicated on the service list, by First Legal Support Services, 1111 6th Avenue, Suite 204, San Diego, CA 92101.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 25, 2008, at San Diego, California.

*/s/ Terri L. Mayo*
Terri L. Mayo

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/692960.1

1

CASE NO. 3:08-CV-01446-BTM-BLM;. ADV. NOS. 04-90392; 06-90369
CERTIFICATE OF SERVICE]

<u>In re Jerry Lee Icenhower</u>

<u>USDC Case No. 3:08-CV-01446</u>
Adversary Proceeding No. 04-90392-LA and 06-90369
Service List

| | |
|---|---|
| David Ortiz<br>Jaeji Hong<br>Office of the U.S. Trustee<br>Southern District of California<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | Fax: (619) 557-5339<br>ustp.region15@usdoj.gov<br><br><br>**VIA U.S. MAIL** |
| Stephen B. Morris<br>Mark C. Hinkley<br>Morris and Associates<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | Counsel for Alejandro Diaz Barba and Martha Diaz<br>Tel: (619) 239-1300<br>Fax: (619) 234-3672<br>morris@sandiegolegal.com<br>**VIA CM/ECF NOTICE** |
| Kendra J. Hall<br>Geraldine A. Valdez<br>Procopio, Cory, Hargreaves & Savitch LLP<br>530 B Street, Suite 2100<br>San Diego, CA 92101 | Tel: (619) 238-1900<br>Fax: (619) 235-0398<br>E-mail: kjh@procopio.com<br>gav@procopio.com<br>**VIA CM/ECF NOTICE** |
| Ronald White<br>762 W. El Segundo Blvd.<br>Gardena, CA 90247 | Counsel for Craig Kelley<br>ronaldwhite4798@sbcglobal.net<br>**VIA U.S. MAIL** |
| Gerald H. Davis<br>P.O. Box 2850<br>Palm Springs, CA 92263 | Chapter 7 Trustee<br>Tel: (619) 522-2949<br>**VIA U.S. MAIL** |
| Jerry L. Icenhower<br>684 Margarita Avenue<br>Coronado, CA 92118 | Defendant, Pro se<br>Tel: (619) 435-2757<br>jicenho@yahoo.com<br>**VIA U.S. MAIL** |
| Donna L. Icenhower<br>684 Margarita Avenue<br>Coronado, CA 92118 | Defendant, Pro se<br>Tel: (619) 435-2757<br>**VIA U.S. MAIL** |
| Gary B. Rudolph<br>Sparber Rudolph Annen<br>701 B Street, #1000<br>San Diego, CA 92101 | grudolph@sparberlaw.com<br>**VIA CM/ECF NOTICE** |
| D. Anthony Gaston<br>Law Offices of D. Anthony Gaston<br>550 West C Street, Suite 700<br>San Diego, CA 92101 | Tel: (619) 234-3103<br>Fax: (619) 234-3223<br>E-mail: daglaw@sbcglobal.net<br>**VIA CM/ECF NOTICE** |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/692960.1

2
CASE NO. 3:08-CV-01446-BTM-BLM;. ADV. NOS. 04-90392; 06-90369
CERTIFICATE OF SERVICE]